

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Inline Operating Limited d/b/a Inline
Digital Image, Appellant

No. 06-14-00006-CV          v.

Healthmarkets Lead Marketing Group, Inc.
and Healthmarkets, L.L.C., Appellees

Appeal from the 67th District Court of
Tarrant County, Texas (Tr. Ct. No. 067-
259145-12).    Memorandum    Opinion
delivered by Justice Moseley, Chief Justice
Morriss and Justice Carter participating.

As stated in the Court's opinion of this date, we find that the appellant's unopposed

motion to dismiss the appeal should be granted.  Therefore, we dismiss the appeal.

We further order that each party shall bear its own costs of appeal.

RENDERED JULY 2, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk